RECEIVED

SEP - 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALEXIS ANIN | CIVIL ACTION NO. 04-2249 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN A. MATA, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein and after an independent review of the entire record, including Petitioner's objections, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED, and that this petition for writ of habeas corpus is DENIED AND DISMISSED WITHOUT PREJUDICE as premature.

MONROE, LOUISIANA, this 8th day of September, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE